# In the United States Court of Federal Claims

**No. 05-1251T**

**(Filed April 7, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ROBERT G. MARTIN and** *
**BERNICE V. MARTIN,** *
*
**Plaintiffs,** *
*
**v.** *
*
**UNITED STATES OF AMERICA,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER SUSPENDING PROCEEDINGS

On February 3, 2006, the parties filed a joint motion for suspension of proceedings pending a final decision in Robert J. Isler and Susan L. Isler v. United States, Fed. Cl. No. 01-344T, Jeffrey T. Scuteri v. United States, Fed. Cl. No. 01-358T, and Donald L. and Bettye G. Dismore v. United States, Fed. Cl. No. 04-1787T. Good cause having been shown, the motion is **GRANTED**.

The parties shall submit a joint status report within thirty (30) days of a final decision in Isler, Scuteri, and Dismore informing the Court of how the parties wish to proceed in this action.

It is so **ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**