# In the United States Court of Federal Claims

**No. 05-1251T**

**(Filed April 24, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**ROBERT G. MARTIN AND** *
**BERNICE V. MARTIN** *
*
Plaintiffs, *
*
**v.** *
*
**UNITED STATES OF AMERICA,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**TRANSFER ORDER**

---

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby ORDERED that this case is TRANSFERRED to Judge Lawrence J. Block.

It is so **ORDERED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**